**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**TRISTON CAMPBELL,**

        **Counter Claimant,**　　　　　**3:19-cv-1221**
　　　　　　　　　　　　　　　　　　　　　　　**(GLS/ML)**
        **v.**

**JEREMY L. TURORA**

        **Counter Defendant.**

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR THE COUNTER PLAINTIFF:**<br>Smith, Sovik, Kendrick & Sugnet, P.C.<br>250 South Clinton Street, Suite 600<br>Syracuse, NY 13202-1252 | STEVEN W. WILLIAMS, ESQ. |
| **FOR THE COUNTER DEFENDANT:**<br>JEREMY L. TUTORA<br>*Pro Se*<br>163 Schubert Street<br>Apartment 1L<br>Binghamton, NY 13905 | |

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation (R&R) by Magistrate Judge Miroslav Lovric, duly filed December 16, 2022. (Dkt. No. 106.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 106) is **ADOPTED** in its entirety; and it is further

**ORDERED** that counter claimant Triston Campbell is awarded $1.00 in nominal damages; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

January 11, 2023
Albany, New York

Gary L. Sharpe
U.S. District Judge